# AMENDMENT OF FINANCIAL REGULATION PURSUANT TO 42 Pa.C.S. § 3502(c)

**204 Pa. Code Ch. 207 (Transmitting Remittances)**

**§ 207.3.  Online Payment Convenience Fee--Adjustment of Fines, Costs, Fees, and Other Remittances.**

(a)      Pursuant to 42 Pa.C.S. § 3502(c)(3), the Court Administrator of Pennsylvania hereby adjusts the level of fines, costs, fees, and other remittances by assessing a non-refundable **[$2.75] 2.75 percent (%)** convenience fee for online credit/debit card payments of court costs, fines, fees, and restitution associated with pre-existing cases, cases initiated within the Magisterial District Judge, Common Pleas, and Appellate Court Case Management Systems of the Pennsylvania Courts, or filings submitted via the Guardianship Tracking System.  **The 2.75 % convenience fee shall also be assessed on any other online credit/debit card payments initiated through the AOPC's UJS Portal.** Said amount shall be paid through a contracted financial intermediary and shall be added at the time of the payment.

(b)      This regulation shall become effective **[January 1, 2010] April 1, 2024**, and shall apply to all online credit/debit card payments initiated through the AOPC's UJS Portal **[made on or after this date on pre-existing cases, cases initiated within the Magisterial District Judge, Common Pleas, and Appellate Court Case Management Systems of the Pennsylvania Courts, or filings submitted via the Guardianship Tracking System]**.